In the Matter of SAUL LERNER et al., Appellants, against JOHN C. YOUNG, as Chief Building Inspector of the Town of Hempstead, et al., Respondents.—

Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ., concur. [See 1 A D 2d 776.]